IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FAMILY MEDICINE PHARMACY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 15-0563-WS-C |
| | ) |
| PERFUMANIA HOLDINGS, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter comes before the Court on the parties' Joint Motion to Continue Final Approval Hearing (doc. 90). Via Order dated December 14, 2016, the undersigned set this matter for a Final Approval Hearing pursuant to Rule 23(e), Fed.R.Civ.P., on May 30, 2017 at 2:00 p.m. (*See* doc. 86, at 17.) The parties now jointly request that this setting be continued to accommodate a scheduling issue that has emerged for defendants' counsel. For cause shown, the Joint Motion to Continue Final Approval Hearing is **granted**. The Final Approval Hearing is **reset** for **June 29, 2017** at **2:00 p.m.** in Courtroom 2A, United States Courthouse, Mobile, Alabama. Pursuant to the December 14 Order, this continuance is effectuated without further direct notice to settlement class members who did not file objections to the settlement on or before the March 31, 2017 deadline. (*See* doc. 86, at 16-17.)

DONE and ORDERED this 25th day of April, 2017.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE