# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **FAMILY MEDICINE PHARMACY LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 15-0563-WS-C |
| | ) |
| **PERFUMANIA HOLDINGS, INC.,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on the parties' Joint Motion to Permit the Parties to Appear Telephonically for Final Approval Hearing (doc. 95).

As the parties are aware, this matter is set for Final Approval Hearing before the undersigned on June 29, 2017 at 2:00 p.m. To date, no member of the settlement class has filed objections to the proposed settlement, and the deadline for any such objections expired on March 31, 2017. Additionally, no counsel have appeared in this action on behalf of any objecting settlement class member. Thus, all information before the Court suggests there will be no objecting class members or dissenting viewpoints represented at the Final Approval Hearing. In light of these circumstances, counsel for all parties jointly request that the hearing be conducted telephonically, rather than requiring counsel (all of whom are based out-of-town) to travel to Mobile and physically appear at the Hearing. Given these circumstances, the Court agrees that the Final Approval Hearing may be conducted effectively and efficiently by telephone. On that basis, the Joint Motion to Permit Parties to Appear Telephonically for Final Approval Hearing is **granted**. No later than one week before the hearing, each side is directed to contact the undersigned's chambers to provide the names and contact numbers for counsel who will be appearing telephonically at the Hearing.

DONE and ORDERED this 12th day of June, 2017.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE